No. 151. TEXAS & NEW ORLEANS RAILROAD Co. *v.* FLETCHER L. YARBROUGH & Co. Court of Civil Appeals

of Texas, Fifth Supreme Judicial District. Certiorari denied. *William Claude Williams* for petitioner. ▮